

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ranger Abbott, Appellant

No. 06-13-00092-CV          v.

City of Paris, Texas and Kevin Carruth,
Appellees

Appeal from the 62nd District Court of
Lamar County, Texas (Tr. Ct. No. 81904).
Opinion delivered by Justice Carter, Chief
Justice Morriss and Justice Moseley
participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Ranger Abbott, pay all costs of this appeal.

RENDERED MARCH 7, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk